# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2012

*The Court of Appeals hereby passes the following order*

**A13I0041. PEEK PAVEMENT MARKING, LLC., v. APRIL CHASTAIN, AS THE SURVIVING SPOUSE OF CHARLES JUNIOR JOHNSON, et al .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11S00366



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 25, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*